**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Valley Air Service, Inc., et al.
                                              Plaintiff,

v.                                                                      Case No.: 1:06−cv−00782
                                                                       Honorable Blanche M. Manning

Southaire, Inc., et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 16, 2009:

      MINUTE entry before the Honorable Blanche M. Manning: Southaire and Brunner's motion for summary judgment as to Counts I, II, and III [196] is denied as to Count I and Count II and granted as to Count III. Central Flying and Englert's motion for summary judgment as to Counts IV, V, and VII, but not Count VI[191] is granted as to Count IV, Count V, and Count VII. Thus, the following counts will be tried: Count I (breach of contract against Southaire), Count II (common law fraud against Southaire and Brunner), and Count VI (common law fraud against Central Flying and Englert). A status hearing is set for April 30, 2009, at 11:00 a.m., at which time the parties shall be prepared to agree to a firm trial date and other related dates. In addition, the docket currently lists Stephen Cosyns as a plaintiff and counter−defendant. The clerk is directed to correct the docket to remove him as a separate party. Enter Memorandum and Order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.